UNITED STATES of America,
Plaintiff–Appellee,

v.

Christopher STOUFFLET,
Defendant–Appellant.

No. 10–13128
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

April 22, 2011.

Lawrence R. Sommerfeld, Michael John Brown, Randy Scott Chartash, Sally Yates, U.S. Attorney's Office, Atlanta, GA, for Plaintiff–Appellee.

Mary Erickson, Atlanta, GA, for Defendant–Appellant.

Before BARKETT, MARCUS and ANDERSON, Circuit Judges.

PER CURIAM:

Mary Erickson, appointed counsel for Christopher Stoufflet in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Stoufflet has filed a *pro se* motion for the appointment of new counsel. Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** Stoufflet's motion for the appointment of new counsel is **DENIED,** and Stoufflet's conviction and sentence are **AFFIRMED.**